# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>**GLENN W. PHILLIPS**<br><br>_____<br>*Defendant* | )<br>)  Case No. 21cr40<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* GLENN W. PHILLIPS ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:1343 - WIRE FRAUD - 2 COUNTS
18:1341 - MAIL FRAUD - 4 COUNTS

Date: 02/17/2021

/s/ KEVIN EIBEL
*Issuing officer's signature*

City and state: PHILA., PA.

KATE BARKMAN, CLERK OF COURT
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3/9/21, and the person was arrested on *(date)* 3/9/21
at *(city and state)* Lynchburg, VA.

Date: 3/9/21

[signature]
*Arresting officer's signature*

Jason P. M'Cay, SA, FBI
*Printed name and title*